# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 2021cv580-DDD

JOHN DOE,

    Plaintiff,

v.

REGIS UNIVERSITY, a Colorado non-profit corporation;
REGIS UNIVERSITY BOARD OF TRUSTEES; and
FATHER PRESIDENT JOHN P. FITZGIBBONS, S.J,. in his official capacity as President of Regis University,

    Defendants.

___

## MOTION FOR WITHDRAWAL
___

**ANAHITA D. SOTOOHI** of the law firm of **SGR, LLC**, hereby files this Motion for Withdrawal as counsel of record for Defendants pursuant to D.C.COLO.LAttyR 5(b) and states as follows:

### CONFERRAL

This Motion is exempt from the Duty to Confer pursuant to D.C.COLO.LCivR 7.1(b)(4).

### DISCUSSION

1.    Pursuant to D.C.COLOLAttyR 5(b), this pleading will be served on Defendants at the time of its filing.

2.    Ms. Sotoohi has served as counsel of record for the Defendants since May 7, 2021. Ms. Sotoohi has recently resigned her employment with SGR, LLC. As such, Ms. Sotoohi's

resignation requires her withdrawal as counsel with her cases pending before this Court in which she has entered an appearance as counsel of record.

3. Courtney B. Kramer of SGR, LLC, will continue to represent Defendants. Thus, Defendants will continue to have proper representation.

4. Given the fact that Defendants will continue to be represented by other attorneys associated with SGR, LLC, none of the parties will be prejudiced by the withdrawal of Ms. Sotoohi, and no delay to this litigation will be caused by granting this Motion. For these reasons, undersigned counsel has shown good cause for her withdrawal.

**WHEREFORE**, having demonstrated good cause, undersigned counsel, Anahita D. Sotoohi, respectfully requests that this Court enter an Order permitting her withdrawal as counsel of record for Defendants.

Respectfully submitted,

s/ Anahita D. Sotoohi
***Anahita D. Sotoohi***
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  303-320-0509
Email:  asotoohi@sgrllc.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of August, 2021, I electronically filed a true and correct copy of the above and foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Lawrence S. Mertes
Lawrence S. Mertes, P.C.
1325 Dry Creek Drive, Suite 201
Longmont, CO 80503
*Attorney for Plaintiff*

               *s/* Lisa Gilbert
               Legal Secretary